**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALBERTO C. SALVI, | : |
| | : CASE NO: 2:15-cv-06461-ES-JAD |
| Plaintiff, | : |
| vs. | : |
| GHLT HOLDINGS LLC, a New Jersey limited liability company, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, ALBERTO C. SALVI, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

Dated: This 17th day of September, 2015.

Respectfully submitted,

By: _____
  Robert J. Mirel, Esq.
  NJ Attorney ID #000322001
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  18305 Biscayne Blvd, Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile: (305) 704-3877
  Email: rjm@weitzfirm.com